FILED
**March 4, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

March 3, 2015


Jeffrey D. Kyle, Clerk
Third Court of Appeals
P O Box 12547
Austin, TX 78711-2547

RE: Court of Appeals Number: 03-14-00803
Trial Court Case Number: C-1-CV-14-010145

Style: Melvin Valentine, Jr. v. Texas Department of Public Safety

Dear Jeffrey D. Kyle


This document is in response to the letter dated February 23, 2015. My indigence status is still the same and I do not have funds to pay for the records, but have sent an email to Amanda Anderson explaining my dilemma. Please also note as of January 8, 2015, my supplemental affidavit of indigence was filed stamp by the clerk of the Third Court of Appeals. I have also received confirmation regarding receipt of this affidavit as of January 13, 2015, which was signed by Liz Talerico, Deputy Clerk.

Additionally, my seven pages Docketing Statement was filed as of January 8, 2015, along with a request for an extension, but I only see two pages of this information. I will provide another docketing statement to this court.

I did notice an incorrect appeals number of No. 14-14-0381-CV written on the notarized page and at the top which was mistakenly written.

Please recheck your records and advise accordingly.


Regards,

*Melvin Valentine Jr.*
Melvin Valentine, Jr.

Encl

cc: Valerina Walters



# COURT OF APPEALS
## THIRD DISTRICT OF TEXAS

NO. ~~14-14-0381-CV~~

NO. 03-14-00803-CV

RECEIVED
MAR 04 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

MELVIN VALENTINE, JR., Appellant

V.

TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee

On Appeal from County Court at Law No. 2
Travis County, Texas
Trial Court Cause No. C-1-CV-14-010145

## SUPPLEMENTAL AFFIDAVIT OF MELVIN VALENTINE, JR.

STATE OF TEXAS       §

                         §

COUNTY OF TRAVIS    §



RECEIVED
JAN 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

I, the undersigned Notary Public in and for said County in said State; hereby attest to Melvin Valentine, Jr. on this day personally appeared and states the following:

1. My name is Melvin Valentine, Jr. and I am over the age of 18, a resident in the State of Texas, I am capable of acknowledging facts relating to this affidavit. The facts stated in this affidavit are true and correct.

1

2. A Notice of Appeal filed in County Court 2.

3. An Affidavit of Inability to pay was also filed with the Notice of Appeal and is currently available for review on the 3rd Court of Appeal website.

4. My current income as of the month of October is $1400 gross.

5. These fabricated charges in both cases have prevented me from acquiring several new jobs in order to pay court cost.

6. My income is within the federal poverty income level guidelines as determined by the U. S. Department of Health and Human Services.

7. I have one dependent under the age of 18.

8. I own no stocks, bonds or other property of any significant value, other than my furniture and personal effects that can be sold or pawned to raise money for the payment of court costs. After paying my monthly living expenses, I do not have sufficient funds to pay an unexpected court prepayment fees.

9. I currently have $0.00 cash on hand.

10. I have $0.00 in my checking account.

I believe I have a meritorious claim and verify that the statements made in this affidavit are true and correct. I further request this court to proceed without the payment of filing fees.

Melvin Valentine, Affiant

2

*Court of Appeals*
*Third district of Texas*
*No. 14-14-0391-CV*

*For*
*Melvin Valentine*

SWORN AN SUBSCRIBED TO before me, the undersigned authority, on this the _8_, day of _January_ , 2015.

MARK JOHN SASSIN
Notary Public, State of Texas
My Commission Expires
April 01, 2017

Notary Public, State of Texas
My Commission Expires: _4/1/17_

3